IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARQUET JOHN HARPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:10CV271–HEH |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER is before the Court on Report and Recommendation ("R&R") of the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Objections to the R&R are OVERRULED. Accordingly, the R&R (Dk. No.13) is ADOPTED; Plaintiff's Motion for Summary Judgment (Dk. No. 9) is DENIED; Plaintiff's Motion to Remand (Dk. No. 10) is DENIED; Defendant's Motion for Summary Judgment (Dk. No. 12) is GRANTED; and the decision of the Commissioner is AFFIRMED.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                   /s/
                                       Henry E. Hudson
                                       United States District Judge

Date: Aug. 25, 2011
Richmond, VA